**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BRITTANY S.,**
                **Plaintiff,**

                                                    **Case No. 2:25-cv-311**
        **v.**                                      **JUDGE EDMUND A. SARGUS, JR.**
                                                    **Magistrate Judge Caroline H. Gentry**

**COMMISSIONER OF SOCIAL SECURITY,**
                **Defendant.**

### ORDER

This matter is before the Court on a Report and Recommendation issued by the Magistrate Judge on February 18, 2026. (ECF No. 13.) The time for filing objections has passed and no objections have been filed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. (ECF No. 13.) For the reasons set forth therein, Plaintiff's Statement of Errors is **GRANTED**; the Commissioner's non-disability finding is **REVERSED**; and this action is **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendation. No finding is made as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act. The Clerk is **DIRECTED** to enter judgment and terminate this case from the docket.

        **IT IS SO ORDERED.**

**3/13/2026**                                       **s/Edmund A. Sargus, Jr.**
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**